AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

COMM 2006-C8 COVESIDE LANE, LLC,

Plaintiffs,

v.

Case Number: 2:12cv00373

EMPIRIAN CHESAPEAKE, LLC, and
EZRA BEYMAN

Defendant.

FILED
SEP - 4 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

## JUDGMENT IN A CIVIL CASE

**Decision by Court:** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Coveside's Motion for Summary Judgment is GRANTED as to Coveside's request for damages pertaining to Defendant Beyman and that judgment is entered in favor of Plaintiff Comm 2006-C8 Coveside Lane, LLC and against Defendant Ezra Beyman in the amount of $13,500,000.00, plus prejudgment interest on that amount at the statutory rate of nine percent per annum from the date of foreclosure until judgment is entered, and attorney's fees in an amount to be determined after appropriate briefing by the parties.

August 23, 2013
Date

FERNANDO GALINDO, CLERK

By: /s/
Elaine Cavanaugh, Deputy Clerk